THE STATE OF NEW HAMPSHIRE
SUPERIOR COURT
HILLSBOROUGH COUNTY-SOUTHERN DISTRICT

I, Amy M. Feliciano, Clerk of the Superior Court of the State of New Hampshire for the County of Hillsborough-Southern District, the same being a court of record having a seal, and having custody of the records of the said Superior Court, do hereby certify that the attached are true copies of the Complaint, Summons on Complaint, Appearance of Kevin G. Collimore, Motion to Extend Time to Answer, and Notice of Removal to Federal District Court in the action case # 226-2024-CV-00346, Daniel Cancelmo, Individually and on behalf of himself and all others similarly situated v. Southern New Hampshire Medical Center, Solution Health, and Southern New Hampshire Health System, Inc., of said Superior Court.

In witness whereof I have hereunto set my hand
and affixed the seal of said Superior Court at
this 13th day of August A.D. 2024

Amy M. Feliciano
Clerk of Court
August 13, 2024
Clerk of Superior Court

This is a Service Document For Case: 226-2024-CV-00346
Hillsborough Superior Court Southern District
8/13/2024 1:05 PM

Filed
File Date: 6/27/2024 11:36 AM
Hillsborough Superior Court Southern District
E-Filed Document

STATE OF NEW HAMPSHIRE

HILLSBOROUGH, SS
SOUTHERN DISTRICT

SUPERIOR COURT

226-2024-CV-00346

Case No. ___________________

DANIEL CANCELMO, individually, and on behalf of himself and all others similarly situated,

*Plaintiff*,

v.

SOUTHERN NEW HAMPSHIRE MEDICAL CENTER,
SOUTHERN NEW HAMPSHIRE HEALTH SYSTEM, INC.,
and SOLUTIONHEALTH,

*Defendants*.

## CLASS ACTION COMPLAINT

Plaintiff Daniel Cancelmo ("Plaintiff"), on behalf of himself and all others similarly situated ("Class Members"), files this Class Action Complaint ("Complaint") against Defendants Southern New Hampshire Medical Center, Southern New Hampshire Health System, Inc., and SolutionHealth (collectively, "SNHH" or "Defendants"), and complains and alleges upon personal knowledge as to himself and information and belief as to all other matters.

## INTRODUCTION

1. Plaintiff brings this class action against Defendants for their unlawful practice of disclosing the confidential Personal Identifying Information ("PII"), Protected Health Information ("PHI"), and/or sensitive medical information (collectively referred to as "Private Information") of Plaintiff and Class members to Google, LLC ("Google") and potentially others ("the Disclosure") for marketing purposes without notifying patients and without obtaining their consent.

True Copy Attest
Amy M. Feliciano
Clerk of Court
August 13, 2024

This is a Service Document For Case: 226-2024-CV-00346
Hillsborough Superior Court Southern District
8/13/2024 1:05 PM

2. SNHH is a system of hospitals and medical centers located in the southern region of New Hampshire, and it operates a website that allows patients to search for physicians and various medical institutions and services, obtain medical information, pay for medical services, and more.

3. Patients often input their Private Information on this website, including private and confidential information regarding their medical conditions and treatment. Unbeknownst to these patients, via tracking technologies used on its website, SNHH is surreptitiously sharing their Private Information with Google for marketing purposes without the patients' knowledge or consent.

4. The individuals affected are former and current patients of Defendants, whose medical information and Private Information was obtained and disclosed by Defendants, and are estimated to comprise approximately tens of thousands of individuals.[1]

5. The information shared by SNHH through this unlawful practice includes but is not limited to: the types of medical treatment patients are seeking; patients' IP addresses; the name, gender, and specialty of the physician(s) with whom patients are seeking treatment; when patients log in to the patient portal; and general searches made by patients on the site's search bar.

6. The Office for Civil Rights ("OCR") at the U.S. Department of Health and Human Services ("HHS") and the Federal Trade Commission ("FTC") warn about the "serious privacy and security risks related to the use of online tracking technologies" present on websites or online platforms such as Defendants' that "impermissibly disclos[e] consumers' sensitive personal health

---

[1] To arrive at this approximation, Plaintiff assessed public information regarding website traffic and unique visitors to relevant pages on Defendants' website during the relevant statute of limitations period.

information to third parties."[2] OCR and FTC warn that "[i]mpermissible disclosures of an individual's personal health information to third parties may result in a wide range of harms to an individual or others . . . . In addition, impermissible disclosures of personal health information may result in identity theft, financial loss, discrimination, stigma, mental anguish, or other serious negative consequences to the reputation, health, or physical safety of the individual or to others."[3]

7. Plaintiff, on behalf of himself and all other Class members, asserts claims for breach of fiduciary duty, breach of implied contract, unjust enrichment, RSA 332-I:4, and RSA 570-A, and seeks declaratory relief, injunctive relief, monetary damages, statutory damages, punitive damages, equitable relief, and all other relief authorized by law.

## PARTIES

8. Plaintiff Daniel Cancelmo is a New Hampshire resident. Plaintiff's home address is 418 Osgood Road, Milford, NH 03055. Plaintiff has been a patient of SNHH since 2020 and has used SNHH's website on his laptop and/or phone several times to search for providers and provider information for specific treatments, programs, and services.

9. Defendant Southern New Hampshire Medical Center is a New Hampshire-based community hospital, with its principal place of business located at 8 Prospect Street, Nashua, New Hampshire, 03060.

10. Defendant Southern New Hampshire Health System, Inc. is a nonprofit organization and integrated healthcare network consisting of Defendant Southern New Hampshire

---

[2] *FTC and HHS Warn Hospital Systems and Telehealth Providers about Privacy and Security Risks from Online Tracking Technologies*, FEDERAL TRADE COMMISSION (July 20, 2023), https://www.ftc.gov/newsevents/news/press-releases/2023/07/ftc-hhs-warn-hospital-systems-telehealth-providers-about-privacysecurity-risks-online-tracking?utm_source=govdelivery.
[3] *Re: Use of Online Tracking Technologies*, U.S. DEP'T. OF HEALTH & HUM. SERVS. OFF. FOR CIV. R. (July 20, 2023), https://www.ftc.gov/system/files/ftc_gov/pdf/FTC-OCR-Letter-Third-Party-Trackers-07-20-2023.pdf.

Medical Center and its affiliated multi-specialty provider group, Foundation Medical Partners. Southern New Hampshire Health System, Inc. operates Southern New Hampshire Medical Center. Defendant Southern New Hampshire Health System, Inc. maintains its headquarters at 8 Prospect Street, Nashua, New Hampshire, 03060.

11. Defendant Southern New Hampshire Health System, Inc. is a member of Defendant SolutionHealth. In 2018, SolutionHealth was formed through a combination agreement between Southern New Hampshire Health System and Elliot Health System, to be the sole corporate member and supporting organization of Defendant New Hampshire Health System.

12. Defendant SolutionHealth is a regional healthcare network, created to integrate certain functions of the hospital systems. Defendant SolutionHealth maintains its principal place of business at 360 Route 101, Suite 8, Bedford, New Hampshire, 03110.

## JURISDICTION AND VENUE

13. This Court has subject matter jurisdiction over Plaintiff's claims under N.H. Rev. Stat. § 491:7. The superior court has exclusive jurisdiction in civil cases with damages exceeding $25,000 and the damages claimed are within the jurisdictional limits of the court.

14. This Court has general personal jurisdiction over Defendants because Defendants are citizens of the State of New Hampshire.

15. Venue is proper in this District pursuant to N.H. Rev. Stat. § 507:9 because at least one Defendant resides in the Southern District of Hillsborough County, a substantial part of the events that gave rise to Plaintiff's claims occurred within the Southern District of Hillsborough County, and Defendants do business in the Southern District of Hillsborough County.

**FACTUAL ALLEGATIONS**

16. SNHH is a system of hospitals and medical centers located in the southern region of New Hampshire. Southern New Hampshire Medical Center, situated in Nashua, hosts 188 beds and over 500 primary and specialty care providers from various affiliations and independent practices. Foundation Medical Partners, a branch of SNHH, includes more than 300 providers offering primary, specialty, and immediate care across seventy practices throughout New Hampshire and Massachusetts. SNHH also offers walk-in care seven days a week at four locations.

17. SNHH has approximately 2,800 employees and an annual revenue of $438.5 million.

18. According to SNHH 's own report, in 2023, SNHH conducted 417,303 primary and specialty care office visits, 34,611 emergency department visits, 868,708 outpatient lab tests, 6,540 surgeries, and admitted 9,243 medical-surgical patients.[4]

19. Plaintiff and Class Members are or were patients or prospective patients of SNHH who used SNHH 's online services.

20. Plaintiff has used SNHH's website on multiple occasions to search for medical providers and their contact information, including but not limited to the SNHH allergy clinic and dermatology services.

21. Unbeknownst to Plaintiff and Class Members who used SNHH's online services, SNHH shared Private Information with Google without their consent. This information includes but is not limited to: types of medical treatment that patients are seeking, name, gender, and specialty of physician(s) with whom patients are seeking treatment, log in times and locations

---

[4] *About Us*, Southern New Hampshire Health, https://www.snhhealth.org/about-us (last visited Apr. 18, 2024).

including when patients click to log into the patient portal, searches made by the patients on the site's search bar, as well as their IP addresses.

22. An IP address is a number that identifies an individual's device connected to the internet and can be used to gather insights about their online activity and geographic location.

23. An IP address is considered personally identifiable data under HIPAA. 45 C.F.R. § 164.514(b)(2)(i)(0).

24. Without patients' knowledge and/or consent, SNHH is disclosing its patients' Private Information, including their IP addresses, to Google using Google Analytics, a web analytics service that enables website owners to track visitor actions on their websites and target them with personalized advertisements. Google Analytics collects the IP addresses of SNHH website users to track those individuals' Internet communications and actions on SNHH's website, along with their activities and interactions with other websites across the World Wide Web.

25. Google Analytics offers website owners the option to enable an "IP-anonymization" feature, which is designed to help site owners comply with their own privacy policies and the recommendations of data protection authorities.

26. If the IP anonymization feature is enabled by the website, an additional parameter is added to the communications between website visitors' computers and the Google Analytics server, defined as aip=1.




27. Accordingly, when the "aip" parameter does not appear, the IP address is not anonymized, thus allowing Google to identify the patients' IP addresses and their online actions.

28. SNHH did not enable the anonymized IP feature on their website, as evidenced by the absence of the "aip" parameter in the screenshot below.

**▾Query String Parameters** view source view decoded

```
v: 1
_v: j101
a: 1544782698
t: pageview
_s: 1
dl: https%3A%2F%2Fwww.snhhealth.org%2Ffind-a-doctor%2Fpuneeta-arya%3FacceptNewPatients%3Dfalse%26genderFemale%
3Dtrue%26genderMale%3Dfalse%26isSNHHProvider%3Dtrue%26pageSize%3D5%26pageStartIndex%3D0%26text%3Dcardiology
ul: en-us
de: UTF-8
dt: Puneeta%20Arya%20-%20Southern%20New%20Hampshire%20Health
sd: 24-bit
sr: 1920x1080
vp: 1246x1172
je: 0
```

29. By using the Google Analytics tool without the anonymized IP feature, SNHH is sharing its patients' online activities with Google, along with their Private Information, without obtaining patients' informed consent to share such information.

30. SNHH's Terms of Use (the "Terms") acknowledge the use of Google AdWords remarketing service, detailing its intent to retarget website visitors. However, SNHH site visitors are not required to consent to the site's Terms, nor are they presented with the Terms at any stage as they browse the website. In order to view the Terms, an individual would have to scroll to the bottom of the page and voluntarily find and select the Terms' hyperlink, which is displayed in smaller font than almost all other text on the page.[5]

31. SNHH also deceptively claims in the Terms that it "will not share or sell any personally identifiable information that [patients] submit to [its] website (snhhs.org) to any company, organization or person outside of snhh.org. Any information that you voluntarily provide to us, such as, but not limited to, your name and email address, will only be used to provide you with information that you have specifically requested."[6]

32. Patients can search for a doctor by clicking the "Find a Doctor" button on the site's homepage.




---

[5] *See Terms of Use*, Southern New Hampshire Health, https://www.snhhealth.org/terms-of-use (last visited Apr. 19, 2024).

[6] *Id.*

33. Patients can find a doctor by typing in the provider's name, practice name, specialty, service, town, or zip code. They can also filter their search results by selecting the doctor's gender, whether the provider accepts new patients, and whether the provider is affiliated with SNHH.




34. Patients are then presented with a list of doctors, and they can view each doctor's profile page to obtain more details. As illustrated by an example in the compiled images below, SNHH's website transmitted to Google that this example patient searched for female doctors who specialize in Cardiology, located in the 03060 zip code area, and that they proceeded to review information for a specific provider, Puneeta Arya, MBBS:


Find a Doctor
Please contact your provider's office directly if you have questions about appointments or your current treatment plan. Please call 603-577-2000 if you do not know your provider's number.
Call our Provider Match line if you need help finding a primary care provider who is right for you.
SOLUTIONHEALTH Provider Match (833) 920-7473
cardiology 03060
SEARCH
Male
Female
Accepting New Patients
Southern New Hampshire Health Provider
7 RESULTS FOUND
Puneeta Arya, MBBS
Pediatric Cardiology
MassGeneral for Children Specialties
Accepting New Patients
(603) 577-5360
Address
8 Prospect Street Nashua, NH 03060
Wendi A. Cardeiro, MD, FACC
Cardiology
Foundation Cardiology
Address
8 Prospect Street, 1st floor
Map
Satellite
Southern New Hampshire Medical Ctr
Southern New Hampshire Medical...


southern new hampshire health
A Member of SOLUTIONHEALTH
Careers | Contact Us | Support SNHH | About Us | SNHHQ
Search
SOLUTIONHEALTH MyChart
MGH MASS GENERAL Affiliate
Our Services
Our Locations
Billing and Insurance
Visiting Southern NH Medical Center
Find a Doctor
Make an Appointment
Pay a Bill
Home / Find a Doctor
Puneeta Arya, MBBS
Pediatric Cardiology
MassGeneral for Children Specialties
Accepting New Patients
(603) 577-5360
Education
Medical School
All India Institute of Medical Sciences, New Delhi, India
All India Institute of Medical Sciences, New Delhi, India
Residency
Mayo Clinic, Rochester, MN
Fellowship
Children's Hospital Boston, Boston, MA
Board Certifications
Pediatrics, Pediatric Cardiology
Locations
Map
Satellite
Family Dollar
CVS
Southern New Hampshire Medical C...
Nashua Dermatology Associates

```
POST /j/collect?v=1&_v=j101&a=1432603226&t=pageview&_s=1&dl=
https%3A%2F%2Fwww.snhhealth.org%2Ffind-a-doctor%2Fpuneeta-arya%3FacceptNewPatients%3Dfalse%26
genderFemale%3Dtrue%26genderMale%3Dfalse%26isSNHHProvider%3Dtrue%26pageSize%3D5%26pageStartIn
dex%3D0%26text%3Dcardiology%2B03060&ul=en-us&de=UTF-8&dt=
Puneeta%20Arya%20-%20Southern%20New%20Hampshire%20Health&sd=24-bit&sr=1920x1080&vp=1107x1042&
je=0&fl=32.0%20r0&_u=ACCAgEABAAAAACAAI~&jid=&gjid=&cid=979889327.1697635921&tid=UA-4143736-4&
_gid=1633290659.1700386706&_slc=1&z=1115663945 HTTP/2
Host: www.google-analytics.com
Cookie: ar_debug=1
Content-Length: 0
Sec-Ch-Ua: "Google Chrome";v="119", "Chromium";v="119", "Not?A_Brand";v="24"
Sec-Ch-Ua-Platform: "macOS"
Sec-Ch-Ua-Mobile: ?0
User-Agent: Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7) AppleWebKit/537.36 (KHTML, like
Gecko) Chrome/119.0.0.0 Safari/537.36
Content-Type: text/plain
Accept: */*
Origin: https://www.snhhealth.org
Sec-Fetch-Site: cross-site
Sec-Fetch-Mode: cors
Sec-Fetch-Dest: empty
Referer: https://www.snhhealth.org/
Accept-Encoding: gzip, deflate
Accept-Language: en-US,en;q=0.9,he;q=0.8
```


35. Patients can also log in to the Patient Portal through SNHH's website by clicking "Pay a Bill" or "Make an Appointment" and then clicking on the link to the patient portal.

36. As demonstrated in the images below, SNHH's website transmitted to Google that the patient clicked the log-in button to the patient portal and registered to book an appointment.

```
POST /j/collect?v=1&_v=j101&a=1039752086&t=pageview&_s=1&dl=
https%3A%2F%2Fwww.snhhealth.org%2Fmake-an-appointment&ul=en-us&de=UTF-8&dt=
Make%20an%20Appointment%20-%20Southern%20New%20Hampshire%20Health&sd=24-bit&sr=
1920x1080&vp=2116x1042&je=0&fl=32.0%20r0&_u=ACCAgEABAAAAACAAI~&jid=&gjid=&cid=
979889327.1697635921&tid=UA-4143736-4&_gid=1633290659.1700386706&_slc=1&z=
1089187231 HTTP/2
Host: www.google-analytics.com
Cookie: ar_debug=1
Content-Length: 0
Sec-Ch-Ua: "Google Chrome";v="119", "Chromium";v="119", "Not?A_Brand";v="24"
Sec-Ch-Ua-Platform: "macOS"
Sec-Ch-Ua-Mobile: ?0
User-Agent: Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7) AppleWebKit/537.36
(KHTML, like Gecko) Chrome/119.0.0.0 Safari/537.36
Content-Type: text/plain
Accept: */*
Origin: https://www.snhhealth.org
Sec-Fetch-Site: cross-site
Sec-Fetch-Mode: cors
Sec-Fetch-Dest: empty
Referer: https://www.snhhealth.org/
Accept-Encoding: gzip, deflate
Accept-Language: en-US,en;q=0.9,he;q=0.8
```

```
POST /j/collect?v=1&_v=j101&a=1792656418&t=pageview&_s=1&dl=
https%3A%2F%2Fwww.snhhealth.org%2Fpatient-portal&ul=en-us&de=UTF-8&dt=
Patient%20Portal%20-%20Southern%20New%20Hampshire%20Health&sd=30-bit&sr=
1728x1117&vp=2116x1042&je=0&fl=32.0%20r0&_u=ACCAgEABAAAAACAAI~&jid=&gjid=&cid=
979889327.1697635921&tid=UA-4143736-4&_gid=1633290659.1700386706&_slc=1&z=
813027524 HTTP/2
Host: www.google-analytics.com
Cookie: ar_debug=1
Content-Length: 0
Sec-Ch-Ua: "Google Chrome";v="119", "Chromium";v="119", "Not?A_Brand";v="24"
Sec-Ch-Ua-Platform: "macOS"
Sec-Ch-Ua-Mobile: ?0
User-Agent: Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7) AppleWebKit/537.36
(KHTML, like Gecko) Chrome/119.0.0.0 Safari/537.36
Content-Type: text/plain
Accept: */*
Origin: https://www.snhhealth.org
Sec-Fetch-Site: cross-site
Sec-Fetch-Mode: cors
Sec-Fetch-Dest: empty
Referer: https://www.snhhealth.org/
Accept-Encoding: gzip, deflate
Accept-Language: en-US,en;q=0.9,he;q=0.8
```

37. Lastly, any information submitted by patients through the search bar (e.g., searches for a particular doctor, specialty, type of treatment, etc.) on the site's homepage is also shared with Google.




38. As shown in the image below, SNHH's website transmitted to Google that the patient searched for "pregnancy."

```
POST /j/collect?v=1&_v=j101&a=192335173&t=pageview&_s=1&dl=
https%3A%2F%2Fwww.snhhealth.org%2Fsearch-results%2F%3Fsearchtext%3Dpregnancy%26
searchmode%3Danyword&ul=en-us&de=UTF-8&dt=
Search%20Results%20-%20Southern%20New%20Hampshire%20Health&sd=24-bit&sr=
1920x1080&vp=2116x1042&je=0&fl=32.0%20r0&_u=ACCAgEABAAAAACAAI~&jid=655004850&
gjid=1482834454&cid=979889327.1697635921&tid=UA-4143736-4&_gid=
1633290659.1700386706&_slc=1&z=1334932672 HTTP/2
Host: www.google-analytics.com
Cookie: ar_debug=1
Content-Length: 0
Sec-Ch-Ua: "Google Chrome";v="119", "Chromium";v="119", "Not?A_Brand";v="24"
Sec-Ch-Ua-Platform: "macOS"
Sec-Ch-Ua-Mobile: ?0
User-Agent: Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7) AppleWebKit/537.36
(KHTML, like Gecko) Chrome/119.0.0.0 Safari/537.36
Content-Type: text/plain
Accept: */*
Origin: https://www.snhhealth.org
Sec-Fetch-Site: cross-site
Sec-Fetch-Mode: cors
Sec-Fetch-Dest: empty
Referer: https://www.snhhealth.org/
Accept-Encoding: gzip, deflate
Accept-Language: en-US,en;q=0.9,he;q=0.8
```

39. The above information, combined with the patient's IP address which is also shared in all these example cases, enable Google to identify the individual who has submitted this information through the SNHH website. Accordingly, SNHH is disclosing online patients' Private Information for marketing purposes without patients' knowledge or consent. SNHH has shared, and upon information and belief continues to share, Plaintiff's Private Information and search activity on the SNHH website with Google.

40. As illustrated in the image below, SNHH's website has transmitted to Google that Plaintiff used the "Find a Doctor" feature to search for a doctor: (1) whose gender is MALE; (2) who is ACCEPTING NEW PATIENTS; and (3) who specializes in DERMATOLOGY.



41. As demonstrated in the image below, SNHH's website has also transmitted to Google that Plaintiff accessed the "Make an Appointment" feature on its website.




## CLASS ALLEGATIONS

42. This action is brought and may be properly maintained as a class action pursuant to N.H. R. Super. Ct. 16.

43. Plaintiff brings this action on behalf of himself and all members of the following Class of similarly situated persons:

> All persons who, at any time during the applicable limitations period, visited and used the SNHH website, and whose Private Information was intercepted by and/or disclosed to Google through Google's tracking technology embedded in the SNHH website.

44. Plaintiff reserves the right to amend the above definition or to propose other or additional classes in subsequent pleadings and/or motions for class certification.

45. Plaintiff is a member of the Class.

46. Excluded from the Class are Southern New Hampshire Health and its affiliates, parents, subsidiaries, officers, agents, and directors, the judge(s) presiding over this matter and the clerks of said judge(s).

47. This action seeks both injunctive relief and damages.

48. Plaintiff and the Class satisfy the requirements for class certification for the following reasons:

49. **Numerosity of the Class.** The members in the Class are so numerous that joinder of all Class members in a single proceeding would be impracticable. While the exact number of Class members is unknown at this time, Class members are readily identifiable in Defendants' records, which will be a subject of discovery. Upon information and belief, there are tens of thousands of Class members in the Class.

50. **Common Questions of Law and Fact.** There are questions of law and fact common to the Class that predominate over any questions affecting only individual members, including:

a. Whether SNHH was obligated to provide notice or obtain authorization or consent to its use and disclosure of Private Information for marketing objectives;
b. Whether Plaintiff and Class members had a reasonable expectation of privacy in the contents of their Private Information communicated to SNHH's website;
c. Whether SNHH, through Google Analytics, disclosed to Google and google intercepted Private Information that Plaintiff and Class members communicated to SNHH through interactions with its website;

d. Whether Google Analytics constitutes a "device" under RSA 570-A:2;
e. Whether SNHH failed to comply with its own policies and applicable laws, regulations, and industry standards relating to its disclosure of patient information;
f. Whether SNHH violated RSA 332-I;
g. Whether SNHH violated RSA 570-A;
h. Whether Plaintiff and Class members are entitled to injunctive relief; and
i. Whether Plaintiff and Class members are entitled to damages as a result of SNHH's conduct.

51. **Typicality.** The claims or defenses of Plaintiff are typical of the claims or defenses of the proposed Class because Plaintiff's claims are based upon the same legal theories and violations of law. Plaintiff and Class members all had their Private Information disclosed to Google Analytics without being given notice or providing consent. Plaintiff's grievances, like the proposed Class members' grievances, all arise out of the same business practices and course of conduct by SNHH.

52. **Adequacy of Representation.** Plaintiff will fairly and adequately represent the Class on whose behalf this action is prosecuted. His interests do not conflict with the interests of the Class.

53. Plaintiff and his chosen attorneys -- Weintraub Law, LLC and Finkelstein, Blankinship, Frei-Pearson & Garber, LLP ("Plaintiff's Counsel") -- are familiar with the subject matter of the lawsuit and have full knowledge of the allegations contained in this Complaint. In particular, Plaintiff's Counsel have respectively been appointed as lead counsel in several complex class actions across the country and has secured numerous favorable judgments in favor of its clients. Plaintiff's Counsel are competent in the relevant areas of the law and have sufficient experience to vigorously represent the Class members. Finally, Plaintiff's Counsel possess the financial resources necessary to ensure that the litigation will not be hampered by a lack of financial capacity and is willing to absorb the costs of the litigation.

54. **Predominance.** The common issues identified above arising from SNHH's conduct predominate over any issues affecting only individual Class members. The common issues hinge on SNHH's common course of conduct giving rise to the legal rights sought to be enforced by Plaintiff on behalf of himself and all other Class members. Individual questions, if any, pale in comparison, in both quantity and quality, to the numerous common questions that dominate this action.

55. **Superiority.** A class action is superior to any other available method for adjudicating this controversy. The proposed class action is the surest way to fairly and expeditiously compensate such a large number of injured persons, to keep the courts from becoming paralyzed by hundreds -- if not thousands -- of repetitive cases, and to reduce transaction costs so that the injured Class members can obtain the most compensation possible.

56. Class treatment presents a superior mechanism for fairly resolving similar issues and claims without repetitious and wasteful litigation for many reasons, including the following:

a. It would be a substantial hardship for most individual members of the Class if they were forced to prosecute individual actions. Many members of the Class are not in the position to incur the expense and hardship of retaining their own counsel to prosecute individual actions, which in any event might cause inconsistent results.

b. When the liability of SNHH has been adjudicated, the Court will be able to determine the claims of all members of the Class. This will promote global relief and judicial efficiency in that the liability of SNHH to all Class members, in terms of monetary damages due and in terms of equitable relief, can be determined in this single proceeding rather than in multiple individual proceedings where there will be a risk of inconsistent and varying results.

c. A class action will permit an orderly and expeditious administration of the Class claims, foster economies of time, effort, and expense, and ensure uniformity of decisions. If Class members are forced to bring individual suits, the transactional costs, including those incurred by SNHH, will increase dramatically, and the courts will be clogged with a multiplicity of lawsuits concerning the very same subject matter, with identical fact patterns and legal issues. A class action will promote a global resolution and will promote uniformity of relief as to the Class members and SNHH.

d. This lawsuit presents no difficulties that would impede its management by the Court as a class action. The class certification issues can be easily determined

> because the Class includes only customers of SNHH, the legal and factual issues are narrow and easily defined, and the Class membership is limited. The Class does not contain so many persons that would make the Class notice procedures unworkable or overly expensive. The identity of the Class members can be identified from SNHH's records, such that direct notice to the Class members would be appropriate.

57. **Injunctive relief.** SNHH has acted or refused to act on grounds generally applicable to the Class as a whole, thereby making appropriate final injunctive or equitable relief on a class-wide basis.

## CAUSES OF ACTION

## COUNT I

### RSA 332-I

58. Plaintiff realleges and incorporates by reference all preceding paragraphs as if fully set forth herein.

59. RSA 332-I provides that PHI has the same meaning as set forth under HIPAA – an individual's health, treatment, or payment for treatment information, and any information maintained in the same data set that could identify the individual -- when the information is maintained or transmitted by a HIPAA-covered organization. *See* 45 C.F.R. 160.103.

60. SNHH's HIPAA Policy explicitly states that "release of protected health information other than for treatment, payment, and health care use, requires [patient] authorization."[7]

[7] *HIPAA*, Southern New Hampshire Health, https://www.snhhealth.org/hipaa (last visited Apr. 19, 2024).

61. The U.S. Department of Health and Human Services ("HHS") bulletin offers clear directives regarding the use of online tracking tools by HIPAA-covered entities.[8] When regulated entities possess non-authenticated webpages that can access patients' PHI, HIPAA Rules govern their use of tracking and disclosures to technology vendors. Examples of unauthenticated web pages where the HIPAA Rules apply include (1) login or registration pages, (2) webpages addressing specific symptoms or health conditions, and (3) search engines for available appointments.

62. Because the regulated entity, SNHH, is disclosing PHI to the tracking technology vendors in the above scenarios, HIPAA rules apply. Accordingly, patients' logins, searches for available appointments, and searches on SNHH's website qualify as PHI under the law.

63. RSA 332-I:4 provides that a health care provider must obtain authorization for any use or disclosure of PHI for marketing purposes.

64. RSA 332-I defines "health care provider" as "any person, corporation, facility, or institution . . . lawfully providing health care services . . . ." SNHH, as a hospital, is a health care provider under the meaning of RSA 332-I.

65. Google Analytics inherently functions for marketing objectives, leveraging data from websites for advertising and content personalization, as set forth herein.

66. The presence of active campaigns on Google Ads establishes a direct connection between SNHH's data-sharing practices and its ongoing marketing efforts.

---

[8] *See Use of Online Tracking Technologies by HIPAA Covered Entities and Business Associates*, U.S. Dept. of Health & Hum. Servs., https://www.hhs.gov/hipaa/for-professionals/privacy/guidance/hipaa-online-tracking/index.html (last updated Mar. 18, 2024).

**Paid Search: Ad Copies 1 - 10 (10)**

US | Domain | snhhealth.org

Southern New Hampshire Health - Schedule An Appointment
Ad
https://www.snhhealth.org › primary-care › doctors
Personalized Patient Care with Convenient Locations. Welcoming New Patients. Accessible, Personalized and Convenient for You. Call Today to Schedule an Appointment.
Keywords: 1

Personalized Primary Care — Southern New Hampshire Health
Ad https://www.snhhealth.org
Injury or Illness, Preventive Care, Health Screenings, Routine Checkups, & Immunizations. Top Area Doctors Accepting New Patients. Care for the Family. Call to Schedule an Appt.
Keywords: 1

Schedule An Appointment — Southern New Hampshire...
Ad
https://www.snhhealth.org › primary-care › doctors
Injury or Illness, Preventive Care, Health Screenings, Routine Checkups, & Immunizations. Top Area Doctors Accepting New Patients. Care for the Family. Call to Schedule an Appt.
Keywords: 1

Convenient, Walk-In Care - Urgent Care Health Clinic
Ad http://www.snhhealth.org › immediate › care
Here For Your Non-Emergency Medical Needs. No Appointment Necessary. View Wait Times Now. Injuries & Illness Are Unpredictable. That's Why Immediate Care at SNHH is Important.
Keywords: 1

Personalized Pediatrics - Southern New Hampshire Health
Ad
https://www.snhhealth.org › pediatric › doctors
Injury or Illness, Preventive Care, Health Screenings, Routine Checkups, & Immunizations. Access Pediatric Care In Person or Via Video Chat. Call Today to Schedule an Appointment.
Keywords: 1

Personalized Primary Care - Southern New Hampshire Health
Ad
https://www.snhhealth.org › primary-care › doctors
Top Area Doctors Accepting New Patients. Care for the Family. Call to Schedule an Appt. Personalized Patient Care with Convenient Locations. Welcoming New Patients.
Keywords: 1

No Appointment Needed - COVID Testing Near You
Ad
https://www.snhhealth.org › immediate › care
SNHH is Dedicated to Improving Your Health and Wellbeing. Providing Care When You Need It. COVID-19 Rapid Testing Now Available. Find a Location and View Current Wait Times Now. Lab/X-Ray Onsite. Convenient Locations. View Current Wait Times.
Keywords: 1

Southern NH Weight Management - Weight Loss Surgery Team
Ad https://go.snhhealth.org › bariatrics › hra
Taking the Bariatrics Weight Loss Surgery Assessment is Quick and Confidential. Call Now. Our Team at Southern NH Weight Management Will Reach Out with Personalized Results.
Keywords: 1

Southern New Hampshire Health - Primary Care
Ad https://www.snhhealth.org
Injury or Illness, Preventive Care, Health Screenings, Routine Checkups, & Immunizations. Top Area Doctors Accepting New Patients. Care for the Family. Call to Schedule an Appt.
Keywords: 1

Southern New Hampshire Health - Immediate Care
Ad http://www.snhhealth.org
Injury & Illness is Unpredictable. Find a Location and View Current Wait Times Now. SNHH is Dedicated to Improving Your Health and Wellbeing. Providing Care When You Need It.
Keywords: 1

67. By engaging in advertising campaigns with Google and using its website visitors' data for retargeting purposes, SNHH violates RSA 332-I:4 because it fails to obtain authorization or consent to use and disclose PHI for marketing objectives using Google Analytics.

68. RSA 332-I:5 requires health care providers to promptly notify individuals whose PHI was disclosed "[i]n the event of a use or disclosure of [PHI] by a health care provider or a business associate of a health care provider that is allowed under federal law but not permitted by

RSA 332-I:4[.]" By not providing notification to Plaintiff and Class members, SNHH also violated RSA 332-I:5.

69. By reason of the foregoing, Plaintiff and Class members have been harmed in an amount to be determined at trial and are entitled to special or general damages of not less than $1,000 for each violation, and costs and reasonable attorney's fees together with prejudgment interest. *See* RSA 332-I:6.

**COUNT II**
**RSA 570-A**

70. Plaintiff realleges and incorporates by reference all preceding paragraphs as if fully set forth herein.

71. RSA 570-A:11 provides a civil cause of action for damages to any entity that violates RSA 570-A, *et seq.* by recording, intercepting, using, or disclosing any wire or oral communication without the permission of all parties.

72. In light of evolving legal interpretations by New Hampshire and Massachusetts courts, the statute's usage of the term "telecommunication" may extend to various electronic communications, including internet tracking.[9]

73. Patients' online activity on SNHH's website, including pages accessed and links clicked, falls within the statute's definition of telecommunication.

74. Google Analytics constitutes a "device" under the meaning of 570-A:2. *See* RSA 570-A:1(IV).

---

[9] *See* RSA 570-A:1(I) (defining "telecommunication" as "the transfer of any form of information in whole or in part through the facilities of a communications common carrier.").

75. By embedding Google Analytics on its website, SNHH is disclosing and facilitating Google's access to this information without authorization, thus intercepting the patients' communications within the statute's definition, and violating RSA 570-A.[10]

76. By reason of the foregoing, Plaintiff and Class members have been harmed in an amount to be determined at trial and are entitled to actual damages no less than liquidated damages of $100 per day for each day of violation or $1,000, whichever is higher; punitive damages; reasonable attorney's fees and costs; together with prejudgment interest.

## PRAYER FOR RELIEF

Plaintiff, individually and on behalf of all other members of the Class, respectfully requests that the Court enter judgment in his favor and against SNHH as follows:

A. Certifying that Class as requested herein, appointing the named Plaintiff as Class representative and the undersigned counsel as Class Counsel;

B. Requiring that SNHH pay for notifying the members of the Class of the pendency of this suit;

C. Awarding Plaintiff and the Class appropriate monetary relief, including actual damages, statutory damages, punitive damages, restitution, and disgorgement;

D. Awarding Plaintiff and the Class equitable, injunctive, and declaratory relief, as may be appropriate. Plaintiff, on behalf of himself and the Class, seeks appropriate injunctive relief designed to prevent SNHH from continuing to violate relevant statutes.

E. Awarding Plaintiff and the Class prejudgment and post-judgment interest to the maximum extent allowable;

---

[10] *See* RSA 570-A(III) (defining "intercept" as "the aural or other acquisition of, or the recording of, the contents of any telecommunication or oral communication through the use of any electronic, mechanical, or other device.").

F. Awarding Plaintiff and the Class reasonable attorneys' fees, costs, and expenses, as allowable, together with their costs and disbursements of this action; and

G. Awarding Plaintiff and the Class such other and further relief as the Court may deem just and proper.

**JURY TRIAL DEMANDED**

Plaintiff demands a trial by jury of all claims in this Class Action Complaint so triable.

Dated: June 27, 2024

Respectfully submitted,

*/s/ Adam H. Weintraub*
Adam H. Weintraub (# 275047)
**WEINTRAUB LAW, LLC**
170 Commerce Way, Suite 200
Portsmouth, New Hampshire 03801
Telephone: (603) 212-1785
Facsimile: (504) 708-4512
aweintraub@ahwfirm.com

Todd S. Garber (pro hac vice forthcoming)
**FINKELSTEIN, BLANKINSHIP FREI-PEARSON & GARBER, LLP**
One North Broadway, Suite 900
White Plains, New York 10601
Tel.: (914) 298-3281
tgarber@fbfglaw.com

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
SUPERIOR COURT

Hillsborough Superior Court Southern District
30 Spring Street
Nashua NH 03060

Telephone: 1-855-212-1234
TTY/TDD Relay: (800) 735-2964
https://www.courts.nh.gov

## SUMMONS IN A CIVIL ACTION

| | |
|---|---|
| Case Name: | **Daniel Cancelmo , Individually, and on behalf of himself and all others similarly situated v Southern New Hampshire Medical Center, et al** |
| Case Number: | **226-2024-CV-00346** |

Date Complaint Filed: June 27, 2024

A Complaint has been filed against Solution Health; Southern New Hampshire Health System, Inc.; Southern New Hampshire Medical Center in this Court. A copy of the Complaint is attached.

**The Court ORDERS that ON OR BEFORE:**

| | |
|---|---|
| August 17, 2024 | Daniel Cancelmo , Individually, and on behalf of himself and all others similarly situated shall have this Summons and the attached Complaint served upon Solution Health; Southern New Hampshire Health System, Inc.; Southern New Hampshire Medical Center by in hand or by leaving a copy at his/her abode, or by such other service as is allowed by law. |
| September 07, 2024 | Daniel Cancelmo , Individually, and on behalf of himself and all others similarly situated shall electronically file the return(s) of service with this Court. Failure to do so may result in this action being dismissed without further notice. |
| 30 days after Defendant is served | Solution Health; Southern New Hampshire Health System, Inc.; Southern New Hampshire Medical Center must electronically file an Appearance and Answer or other responsive pleading form with this Court. A copy of the Appearance and Answer or other responsive pleading must be sent electronically to the party/parties listed below. |

**Notice to Solution Health; Southern New Hampshire Health System, Inc.; Southern New Hampshire Medical Center:** If you do not comply with these requirements you will be considered in default and the Court may issue orders that affect you without your input.

Send copies to:

| | |
|---|---|
| Adam Herbert Weintraub, ESQ | Weintraub Law LLC 170 Commerce Way Ste 200 Portsmouth NH 03801 |
| Southern New Hampshire Medical Center | 8 Prospect Street Nashua NH 03060 |
| Southern New Hampshire Health System, Inc. | 8 Prospect Street Nashua NH 03060 |
| Solution Health | 360 Route 101 Suite 8 Bedford NH 03110 |

BY ORDER OF THE COURT

True Copy Attest

July 03, 2024

Amy M. Feliciano
Clerk of Court

(1261161)

Amy M. Feliciano
Clerk of Court
August 13, 2024



This is a Service Document For Case: 226-2024-CV-00346
Hillsborough Superior Court Southern District
8/13/2024 1:05 PM

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
SUPERIOR COURT

Hillsborough Superior Court Southern District
30 Spring Street
Nashua NH 03060

Telephone: 1-855-212-1234
TTY/TDD Relay: (800) 735-2964
https://www.courts.nh.gov

## DANIEL CANCELMO , INDIVIDUALLY, AND ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED
## INSTRUCTIONS FOR SERVICE BY THE SHERIFF'S DEPARTMENT

Case Name: **Daniel Cancelmo , Individually, and on behalf of himself and all others similarly situated v Southern New Hampshire Medical Center, et al**
Case Number: **226-2024-CV-00346**

**Instructions for:** **Daniel Cancelmo , Individually, and on behalf of himself and all others similarly situated**
The attached Summons must be sent to the Sheriff's Department for service. Service must be completed on or before **August 17, 2024**.
**Further action is required by you**
**You must:**

- **Print two copies of the Summons per defendant**
- **Print two copies of the Notice to Defendant per defendant**
- **Print two copies of the Complaint filed with the Court per defendant**
- **Make two packets for service. Each packet should contain:**
    - **One Summons**
    - **Once Notice for Defendant**
    - **One Complaint filed with the Court**
- **Mail or hand deliver the packets to the Sheriff's Department in the county where each defendant resides.**

**Sheriff Departments in New Hampshire:**

Belknap County Sheriff's Department:
Carroll County Sheriff's Department:
Cheshire County Sheriff's Department:
Coos County Sheriff's Department:
Grafton County Sheriff's Department:
Hillsborough County Sheriff's Department:
Merrimack County Sheriff's Department:
Rockingham County Sheriff's Department:
Strafford County Sheriff's Department:
Sullivan County Sheriff's Department:

***If one or more of the parties resides out of state, please click here for the requirements***
Service must be made upon the defendant before **August 17, 2024**.

If the Sheriff is unable to complete service by **August 17, 2024** you will receive a "Notice of Incomplete Service" from the Sheriff's Department. You may request that new paperwork be issued by electronically filing a Request for Documents. There is a fee for this request.

The Sheriff will mail the 'Return of Service' to you. You MUST electronically file the 'Return of Service' with the court by September 07, 2024.

**If service is not made as directed, no further action will occur and the case may be dismissed by the court.**

# Important Service Information for Sheriff

Do not file this with the court
Provide this information to the Sheriff's Department.
See Instructions for Service for more information.
**PLEASE PRINT CLEARLY**

Date: ________________ Case #: ______________________________________

**Who are you requesting to be served?**
Please provide whatever information you know

Name: _________________________________

Address for service (no P.O. boxes):

_______________________________________ APT #: ________________

__________________________________________________________________

Home phone #: ____________________ Cell phone #: ____________________

Sex: ☐ Male ☐ Female Race: ___________________________

Last 4 digits of SS#: xxx-xx- _____ _____ _____ _____ D.O.B. ______________________

Work name & address:

____________________________________________________________________________________

Special instructions for service (i.e. directions, best time to serve, cautions, etc.):

____________________________________________________________________________________

____________________________________________________________________________________

Vehicle description/license plate:

____________________________________________________________________________________

**Your Information:**
Name (please print): ___________________________________

Residential address: Mailing address:

_______________________________________ _______________________________________

_______________________________________ _______________________________________

Phone number to contact you during business hours:

____________________________ Alternate #: _____________________________

_______________________________________
Signature

♦IN-HAND SERVICE WILL INCUR EXTRA COSTS DUE TO ADDITIONAL TRAVEL♦

**SHERIFF OFFICE USE ONLY: (This will vary by Sheriff's Office)**

| | | | |
|---|---|---|---|
| Fees Paid: $______________ | Cash #: ________________ | Check#: ________________ | |
| Id#: ________ | Waiver: _________ | Money Order#: ____________________ | Credit Card: ____________________ |
| Sheriff File # __________________________________________ | | Authorization #: _____________________ | |

Instructions for filing the Return of Service:
If you are working with an attorney, they will guide you on the next steps. If you are going to represent yourself in this action, go to the court's website: www.courts.nh.gov, select the Electronic Services icon and then select the option for a self-represented party.

1. Select "I am filing into an existing case". Enter 226-2024-CV-00346 and click Next.
2. When you find the case, click on the link follow the instructions on the screen. On the "What would you like to file?" screen, select "File Other Document" and choose "Return of Service".
3. Scan the Return of Service packet and follow the instructions in the electronic filing program to upload the Return of Service to complete your filing.
4. If the sheriff was unable to serve the paperwork, you can request new paperwork by filing a Request for Documents. On the "What would you like to file?" screen, select "File Other Document" and choose "Request for Reissued Summons" from the menu and upload the Request for Documents form.

**FAILURE TO FILE THESE DOCUMENTS MAY RESULT IN YOUR CASE BEING DISMISSED.**

July 03, 2024
Date

Amy M. Feliciano
Clerk of Court

You can access documents electronically filed through our Case Access Portal by going to https://odypa.nhecourt.us/portal and following the instructions in the User Guide. In that process you will register, validate your email, request access and approval to view your case. After your information is validated by the court, you will be able to view case information and documents filed in your case.

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### SUPERIOR COURT

Hillsborough Superior Court Southern District
30 Spring Street
Nashua NH 03060

Telephone: 1-855-212-1234
TTY/TDD Relay: (800) 735-2964
https://www.courts.nh.gov

## NOTICE TO DEFENDANT

Case Name: **Daniel Cancelmo , Individually, and on behalf of himself and all others similarly situated v Southern New Hampshire Medical Center, et al**
Case Number: **226-2024-CV-00346**

You have been served with a Complaint which serves as notice that this legal action has been filed against you in the **Hillsborough Superior Court Southern District.** Review the Complaint to see the basis for the Plaintiff's claim.

Each Defendant is required to electronically file an Appearance and Answer 30 days after service. You may register and respond on any private or public computer. For your convenience, there is also a computer available in the courthouse lobby.

If you are working with an attorney, they will guide you on the next steps. If you are going to represent yourself in this action, go to the court's website: www.courts.nh.gov, select the Electronic Services icon and then select the option for a self-represented party.

1. Complete the registration/log in process. Click Register and follow the prompts.
2. After you register, click Start Now. Select **Hillsborough Superior Court Southern District** as the location.
3. Select "I am filing into an existing case". Enter **226-2024-CV-00346** and click Next.
4. When you find the case, click on the link and follow the instructions on the screen. On the "What would you like to file?" screen, select "File a Response to Civil Complaint". Follow the instructions to complete your filing.
5. Review your Response before submitting it to the court.

**IMPORTANT:** After receiving your response and other filings the court will send notifications and court orders electronically to the email address you provide.

A person who is filing or defending against a Civil Complaint will want to be familiar with the Rules of the Superior Court, which are available on the court's website: www.courts.nh.gov.

Once you have registered and responded to the summons, you can access documents electronically filed by going to https://odypa.nhecourt.us/portal and following the instructions in the User Guide. In that process you will register, validate your email, request access and approval to view your case. After your information is validated by the court, you will be able to view case information and documents filed in your case.

If you have questions regarding this process, please contact the court at 1-855-212-1234.

Filed
File Date: 8/7/2024 4:15 PM
Hillsborough Superior Court Southern District
E-Filed Document

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
**http://www.courts.state.nh.us**

Court Name: **Hillsborough Superior Court Southern District**

Case Name: **Daniel Cancelmo v. Southern New Hampshire Medical Center, et al.**

Case Number: **226-2024-CV-00346**
(if known)

## APPEARANCE/WITHDRAWAL

### APPEARANCE

Type of appearance (Select One)

☑ Appearance ☐ Limited Appearance *(Civil cases only)*

If limited appearance, scope of representation:

______________________________________________

______________________________________________

______________________________________________

______________________________________________

Select One:

☑ As Counsel for:

| (Name) | (Address) | (Telephone Number) |
|---|---|---|
| **SolutionHealth** | **360 Route 101, Suite 8, Bedford, NH 03110** | |
| **Southern NH Health Systems Inc** | **8 Prospect Street, Nashua, NH** | |
| **Southern NH Medical Center** | **8 Prospect Street, Nashua, NH 03060** | |

☐ I will represent myself (*self-represented*)

### WITHDRAWAL

As Counsel for ____________________ ____________________ ____________________

Type of Representation: (Select one)

☐ Appearance:

☐ Notice of withdrawal was sent to my client(s) on: ______________ at the following address:

______________________________________________

☐ A motion to withdraw is being filed.

☐ Limited Appearance: (Select one)

☐ I am withdrawing my limited appearance as I have completed the terms of the limited representation.

☐ The terms of limited representation have not been completed. A motion to withdraw is being filed.

True Copy Attest

Amy M. Feliciano
Clerk of Court
August 13, 2024



This is a Service Document For Case: 226-2024-CV-00346
Hillsborough Superior Court Southern District
8/13/2024 1:05 PM

Case Name: **Daniel Cancelmo v. Southern New Hampshire Medical Center, et al.**
Case Number: **226-2024-CV-00346**
APPEARANCE/WITHDRAWAL

***For non e-filed cases:***

I state that on this date I am ☐ mailing by U.S. mail, or ☐ Email (only when there is a prior agreement of the parties to use this method), or ☐ hand delivering a copy of this document to:

| | |
|---|---|
| Other party | Other party's attorney |

**OR**

***For e-filed cases:***

☑ I state that on this date I am sending a copy of this document as required by the rules of the court. I am electronically sending this document through the court's electronic filing system to all attorneys and to all other parties who have entered electronic service contacts (email addresses) in this case. I am mailing or hand-delivering copies to all other interested parties.

| | | | |
|---|---|---|---|
| **Kevin G. Collimore, Esquire** | | **/s/ Kevin G. Collimore** | **08/07/2024** |
| Name of Filer | | Signature of Filer | Date |
| **Cullen Collimore Shirley pllc** | **11259** | **(603) 881-5500** | |
| Law Firm, if applicable | Bar ID # of attorney | Telephone | |
| **37 Technology Way, Suite 3W2** | | **kcollimore@cullencollimore.com** | |
| Address | | E-mail | |

| | | |
|---|---|---|
| **Nashua** | **NH** | **03060** |
| City | State | Zip code |

Filed
File Date: 8/7/2024 4:15 PM
Hillsborough Superior Court Southern District
E-Filed Document

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
http://www.courts.state.nh.us

Court Name: Hillsborough Superior Court Southern District

Case Name: Daniel Cancelmo v. Southern New Hampshire Medical Center, et al.

Case Number: 226-2024-CV-00346
(if known)

## MOTION TO EXTEND TIME TO ANSWER COMPLAINT

1. I Kevin G. Collimore am filing this motion on my own behalf
   AND/OR
   I am a person authorized by court rules to appear on behalf of another in this case. I am filing this motion on behalf of SolutionHealth, Southern NH Health Systems, & Southern NH Medical Center
2. I would like the court to extend the time in which I have to answer the Complaint filed in the above-referenced matter for 36 days.
3. The specific basis or reasons for my motion are as follows:
   **Defendants obtained counsel subsequent to being served with the Complaint. Defendants have sought Plaintiff's counsel's approval for this extension request, and the present motion is assented-to. Neither party would be prejudiced by the 36 day extension, until September 13, 2024.**
4. The other party ☑ does ☐ does not agree with the relief requested in this motion.
   OR
   ☐ I was unable to or did not obtain the other party's opinion on this motion because:

______________________________

______________________________

______________________________

______________________________

WHEREFORE, I respectfully request that the Court enter the following order:

A. That the deadline to answer the Complaint be extended as requested; and

B. For such other relief as the Court deems fair and just.

SUPERIOR COURT ★ NEW HAMPSHIRE ★

True Copy Attest

Amy M. Feliciano
Clerk of Court
August 13, 2024



This is a Service Document For Case: 226-2024-CV-00346
Hillsborough Superior Court Southern District
8/13/2024 1:05 PM

Case Name: Daniel Cancelmo v. Southern New Hampshire Medical Center, et al.
Case Number: 226-2024-CV-00346
MOTION TO EXTEND TIME

***For non e-filed cases:***

I state that on this date I am ☐ mailing by U.S. mail, or ☐ Email (only when there is a prior agreement of the parties to use this method), or ☐ hand delivering a copy of this document to:

_______________ or _______________
Other party | Other party's attorney

**OR**

***For e-filed cases:***

☑ I state that on this date I am sending a copy of this document as required by the rules of the court. I am electronically sending this document through the court's electronic filing system to all attorneys and to all other parties who have entered electronic service contacts (email addresses) in this case. I am mailing or hand-delivering copies to all other interested parties.

| | |
|---|---|
| Kevin G. Collimore, Esquire<br>Name of Filer | /s/ Kevin G. Collimore — 08/07/2024<br>Signature of Filer — Date |
| Cullen Collimore Shirley pllc — 11259<br>Law Firm, if applicable — Bar ID # of attorney | (603) 881-5500<br>Telephone |
| 37 Technology Way, Suite 3W2<br>Address | kcollimore@cullencollimore.com<br>E-mail |
| Nashua — NH — 03060<br>City — State — Zip code | |

State of New Hampshire, County of Hillsborough

This instrument was acknowledged before me on August 7, 2024 by Kevin G. Collimore

My Commission Expires May 31, 2028

Affix Seal, if any

[Seal: LYNN A. HUGHES, STATE OF NEW HAMPSHIRE, NOTARY PUBLIC, MY COMMISSION EXPIRES MAY 31, 2028]

[Signature] Signature of Notarial Officer / Title NOTARY

FOR COURT USE ONLY

**ORDER**

Motion: ☒ GRANTED ☐ DENIED ☐ OTHER:

[Signature]
Honorable Charles S. Temple
August 11, 2024

_______________
Date

Presiding Justice

Clerk's Notice of Decision
Document Sent to Parties
on 08/13/2024

Filed
File Date: 8/9/2024 10:05 AM
Hillsborough Superior Court Southern District
E-Filed Document

**STATE OF NEW HAMPSHIRE**

HILLSBOROUGH, SS
SOUTHERN DISTRICT

SUPERIOR COURT

DANIEL CANCELMO, on behalf of himself and all others similarly situated,

Plaintiff,

- v -

SOUTHERN HEW HAMPSHIRE MEDICAL CENTER, SOUTHERN NEW HAMPSHIRE HEALTH SYSTEM, INC., and SOLUTIONHEALTH

Defendants.

Civil Action No: 226-2024-cv-00346

**NOTICE OF REMOVAL TO FEDERAL COURT**

**PLEASE TAKE NOTICE**, that Defendants Southern New Hampshire Medical Center, Southern New Hampshire Health System, Inc., and SolutionHealth, pursuant to federal law, have filed a Notice of Removal with the Clerk of the United States District Court for the District of New Hampshire. Pursuant to 28 U.S.C. §1446(d), this Court is respectfully requested to proceed no further in this matter, unless and until the matter is remanded by the United States District Court.

A copy of the Notice of Removal filed with the United States District Court is attached as Exhibit 1 and filed with this document. Notice of the Removal has also been provided to all other parties in this action.

This action was removed to the United States District Court under the authority of 28 U.S.C. §§ 1332, 1441, 1446 and 1453.

True Copy Attest

SUPERIOR COURT ★ NEW HAMPSHIRE ★

Amy M. Feliciano
Clerk of Court
August 13, 2024

This is a Service Document For Case: 226-2024-CV-00346
Hillsborough Superior Court Southern District
8/13/2024 1:05 PM

Dated: August 8, 2024

Respectfully submitted,

By: /s/ *Kevin Collimore*

Kevin G. Collimore, Esq. (Bar. No. 11259)
**Cullen Collimore Shirley PLLC**
37 Technology Way | Suite 3W2
Nashua, NH 03060
T: 603.881.5500
kcollimore@cullencollimore.com

Michael Jervis**
**Mullen Coughlin**
426 W. Lancaster Avenue, Suite 200
Devon, PA 19333
(267) 930-4498
mjervis@mullen.law

*Attorneys for Defendants*
Southern New Hampshire Medical Center, Southern New Hampshire Health System, Inc., and SolutionHealth

***Motion for Pro hac Vice Admission Forthcoming*