**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

DANIEL CANCELMO, on behalf of himself and all others similarly situated,

Plaintiff,

- v -

SOUTHERN HEW HAMPSHIRE MEDICAL CENTER, SOUTHERN NEW HAMPSHIRE HEALTH SYSTEM, INC., and SOLUTIONHEALTH

Defendants.

Civil Action No: 1:24-cv-00245

**MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Defendants Southern New Hampshire Medical Center, Southern New Hampshire Health System, Inc., and SolutionHealth respectfully move this Court for an order dismissing Plaintiff's Complaint with prejudice as to all counts pursuant to Federal Rule of Civil Procedure 12(b)(6). The grounds for this motion are set forth in the accompanying Memorandum of Law.

Dated: September 13, 2024

/s/ *Kevin G. Collimore*
Kevin G. Collimore (NH Bar #11259)
**Cullen Collimore Shirley PLLC**
37 Technology Way | Suite 3W2
Nashua, NH 03060
Tel: 603-881-5500
Fax: 603-881-5507
Email: kcollimore@cullencollimore.com

Michael W. Jervis*
Aarthi Manohar*
**Mullen Coughlin**
426 W. Lancaster Avenue, Suite 200
Devon, PA 19333
Tel: 267-930-4498

Fax: 267-930-4771
Email: mjervis@mullen.law
amanohar@mullen.law
Admitted *Pro Hac Vice*

**CERTIFICATE OF SERVICE**

I, Kevin G. Collimore, caused the foregoing Motion to Dismiss the Complaint and supporting memorandum to be served on all counsel of record via the Court's ECF system on September 13, 2024.

/s/ *Kevin G. Collimore*